AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama - Southern Division |
|---|---|---|

Michael and Michelle McMurphy

V.

Johnny Henderson, et al.

### SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07CV590 - mht

TO: (Name and address of Defendant)

Johnny Henderson
121 S. Main Street
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL 36303

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| _Debra P. Hackett_ | 6-29-07 |
|---|---|
| CLERK | DATE |

(By) DEPUTY CLERK

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama - Southern Division |
|---|---|---|

Michael and Michelle McMurphy

V.

Johnny Henderson, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV590-mht

TO: (Name and address of Defendant)

John Robert Chancey
210 E. Grubbs Avenue
Enterprise, AL  36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL  36303

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

| Debra P. Hackett | 6-29-07 |
|---|---|
| CLERK | DATE |

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

|  Middle  | District of | Alabama - Southern Division |
|---|---|---|

Michael and Michelle McMurphy

V.

Johnny Henderson, et al.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:  1:07CV590- mht

TO: (Name and address of Defendant)

Ron Reeves d.b.a. Johnson & Reeves Engineering
121 Ardis Street
Dothan, AL  36301

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL  36303

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

_6-29-07_

DATE

✎AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Middle | District of | Alabama - Southern Division |

Michael and Michelle McMurphy

V.

Johnny Henderson, et al.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER: 1:07CV590-mht

TO: (Name and address of Defendant)

Williamsburg I of Enterprise, L.L.C.
c/o Johnny Henderson
121 S. Main Street
Enterprise, AL  36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL  36303

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

CLERK

(By) DEPUTY CLERK

DATE  6-29-07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____          District of          _____Alabama - Southern Division_____

Michael and Michelle McMurphy

**SUMMONS IN A CIVIL ACTION**

V.

Johnny Henderson, et al.

CASE NUMBER: 1:07CV590-mnt

TO: (Name and address of Defendant)

Enterprise Surveying, L.L.C.
c/o John Robert Chancey
210 E. Grubbs Avenue
Enterprise, AL  36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL  36303

an answer to the complaint which is served on you with this summons, within _____20_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_

_____
CLERK

_____
(By) DEPUTY CLERK

6-29-07

_____
DATE