**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Ron Reeves d.b.a.
Johnson & Reeves Engineering
121 Ardis Place
Dothan, AL 36301

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Hoang Nguyen*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )
Hoang Nguyen

C. Date of Delivery
7-2-07

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

1:07cv590
S+C

3. Service Type
☒ Certified Mail      ☐ Express Mail
☐ Registered          ☐ Return Receipt for Merchandise
☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)
7006 2760 0001 3057 0994

McMurphy

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540