IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MCMURPHY, et al, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-590-MHT |
| ) | |
| JOHNNY HENDERSON, et al., ) | |
| ) | |
| Defendants, ) | |

**CONFLICT DISCLOSURE STATEMENT**

   COMES NOW John Robert Chancey, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

   This party is an individual.

   Dated this 3rd day of August, 2007

s/ Benjamin M. Bowden<br>
Counsel for John Robert Chancey and Enterprise Surveying, LLC<br>
Albrittons, Clifton, Alverson, Moody & Bowden, P.C.<br>
Post Office Box 880<br>
Andalusia, Alabama 36420<br>
334-222-3177<br>
bbowden@albrittons.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, Benjamin M. Bowden, do hereby Certify that a true and correct copy of the foregoing has been furnished by U.S. Mail and electronic mail, on this 3rd day of August 2007, to:

Mr. David W. Rousseau
211 W. Adams Street
Dothan, Alabama 36303

      Further, I have served via U.S. mail the following:

Mr. Johnny Henderson
Williamsburg I of Enterprise, L.L.C.
121 S. Main Street
Enterprise, Alabama 36330

Ron Reeves
d/b/a Johnson & Reeves Engineering
121 Ardis Place
Dothan, Alabama 36301

                                             s/ Benjamin M. Bowden
                                             Of Counsel