AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Michael and Michelle McMurphy
Plaintiff
V.

Johnny Henderson et al
Defendant

**ALIAS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:07cv590-MHT

TO: (Name and address of Defendant)

Johnny Henderson
121 S. Main Street
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL 36303

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    8-6-07

CLERK                                                          DATE

*[signature]*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Middle____ District of ____Alabama____

Michael and Michelle McMurphy
Plaintiff
V.

Johnny Henderson et al
Defendant

**ALIAS**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:   1:07cv590-MHT

TO: (Name and address of Defendant)

Williamsburg I of Enterprise, LLC
121 S. Main Street
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL 36303

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE   8-6-07