IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MCMURPHY, et al., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-590-MHT |
| | ) |
| JOHNNY HENDERSON, et al., | ) |
| | ) |
| Defendants, | ) |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Enterprise Surveying, LLC, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

Defendant Enterprise Surveying, LLC, is an Alabama Liability Company. It has one member and manager, Defendant John Chancey.

Respectfully submitted,

August 10, 2007

s/ Benjamin M. Bowden

Counsel for Defendant,
Enterprise Surveying, LLC
Albrittons, Clifton, Alverson,
Moody & Bowden, P.C.
Post Office Box 880
Andalusia, Alabama 36420
Telephone: 334-222-3177
Facsimile: 334-222-2696
bbowden@albrittons.com

**CERTIFICATE OF SERVICE**

      I hereby Certify that a true and correct copy of the foregoing has been furnished by electronic mail, etc.) on this 10th day of August, 2007, to:

Mr. David W. Rousseau
211 W. Adams Street
Dothan, Alabama 36303

Mr. Leon Augustus Boyd
Mr. Herman Warren Cobb
Cobb Derrick Boyd & White
Post Office Box 2047
Dothan, Alabama 36302-2047

                                                  s/ Benjamin M. Bowden
                                                  Of Counsel