AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

___Middle___ District of ___Alabama___

Michael McMurphy et al
Plaintiff
V.

2nd alias

**SUMMONS IN A CIVIL CASE**

Johnny Henderson et al
Defendant

CASE NUMBER:   1:07cv590-MHT

TO: (Name and address of Defendant)

Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Woodham Rousseau
Law Office of David W Rousseau
211 W Adams Street
Dothan, AL 36303-4401

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    8-21-07

CLERK                                                       DATE

(By) DEPUTY CLERK

≈AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Michael McMurphy et al
Plaintiff
V.

*2nd Alias*
**SUMMONS IN A CIVIL CASE**

CASE NUMBER:  1:07cv590-MHT

Johnny Henderson et al
Defendant

TO: (Name and address of Defendant)

Williamsburg I
c/o Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David Woodham Rousseau
Law Office of David W Rousseau
211 W Adams Street
Dothan, AL 36303-4401

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                   8-21-07
CLERK                                                DATE
[signature]
(By) DEPUTY CLERK