## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL McMURPHY and MICHELLE McMURPHY,** ) | |
| ) | |
|     **Plaintiffs,** ) | |
| ) | |
|     vs. ) | **Case #:1:07cv590-MHT** |
| ) | |
| **JOHNNY HENDERSON, et al.** ) | |
| ) | |
|     **Defendants.** ) | |

<u>Request for Extension to Comply with Rule 26 (F) Order</u>

Comes now the Plaintiffs in the above styled cause and respectfully request for an extension due to the following:

1. The first two named Defendants Mr. Henderson, individually and as agent of service for the L.L.C. has not been served. The address listed on the Alabama Secretary of State's web site is a valid physical address, but not for mail purposes. In addition by information and belief Mr. Henderson was out of the state at the time of the initial service effort.

2. Defendant Reeve's counsel has been out of the office this week and will return after Labor Day.

Based upon these extenuating circumstances, counsel respectfully request an additional thirty days so that service can be obtained on the un-served Defendants and obtain representation.

Dated this the 30th day of August, 2007.

                       _s/ David W. Rousseau_
                       DAVID W. ROUSSEAU (ROU007)
                       211 W. Adams Street
                       Dothan, Alabama 36303
                       (334) 699-9000
                       Attorney for Plaintiffs

<u>Certificate of Service</u>

I certify that I have mailed or electronically served a copy of the foregoing to the following:

Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

Williamsburg I of Enterprise, L.L.C.
c/o Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

Ben Bowden
P.O. Box 880
Andalusia, AL 36420-0880

Leon A. Boyd, V
P.O. Box 2047
Dothan, AL 36302

                                                <u>s/ David W. Rousseau</u>