```
      IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION


MICHAEL McMURPHY and        )
MICHELLE McMURPHY,          )
                            )
    Plaintiffs,             )
                            )       CIVIL ACTION NO.
    v.                      )         1:07cv590-MHT
                            )
JOHNNY HENDERSON, etc.,     )
et al.,                     )
                            )
    Defendants.             )
```

                          ORDER

It is ORDERED that the request for extension of time (Doc. No. 15) is denied.

DONE, this the 31st day of August, 2007.


                    /s/ Myron H. Thompson
                 **UNITED STATES DISTRICT JUDGE**