IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and MICHELLE McMURPHY, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Case #:1:07cv590-MHT ) |
| JOHNNY HENDERSON, et al. | ) ) |
| Defendants. | ) |

## REPORT OF PARTIE'S RULE 26 (F) MEETING

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on the 4th` day of September, 2007 at the offices of Cobb. Derrick, Boyd & White located at 206 N. Lena St., Dothan, AL 36302 and was attended by:

   A. David W. Rousseau for the Plaintiffs.

   B. Leon A. Boyd, V, for the Defendant, Ron Reeves.

   C. Benjamin Bowden for the Defendants John Robert Chancey and Enterprise Surveying, LLC (by phone).

   D. The remaining Defendants are un-served at the time of this conference.

   **2.  Synopsis of Case and Defenses Thereto**:

   The Plaintiffs make claim for fraud and breach of contract relating to the purchase of four lots in the Williamsburg I subdivision for certain variances between the property as platted and the location of wetlands and easements on the property. The Plaintiffs contend that the property is not usable in the manner they anticipated due to the improperly placed easements and undisclosed wetlands.

   Defendant Reeves contends that due to lack of privity, he owes no contractual

duty to the Plaintiffs. His contract was with Mr. Henderson and/or Williamsburg I of Enterprise, L.L.C. In addition this Defendant contends that the alleged variances were open and obvious upon reasonable inspection.

Defendants John Robert Chancey and Enterprise Surveying, LLC contend that due to lack of privity, he owes no contractual duty to the Plaintiffs. His contract was with Mr. Henderson and/or Williamsburg. In addition this Defendant contends that the alleged variances were open and obvious upon reasonable inspection.

3. **Pre-Discovery Disclosures.**

The parties will exchange, on or before **September 25, 2007,** the information required by local rule 26.1(a)(1) and Local Rule LR 26.1(a)(1).

4. **Discovery Plan.**

The parties jointly propose to the Court the following discovery plan:

Discovery will be needed with respect to the basis of the plaintiff's claims, and with respect to the basis of the defendants' defenses;

All discovery commenced in time to be completed by **Monday, February 4, 2008**

Maximum of 45 interrogatories by each party to any other party. Responses due 30 days after service.

Maximum of 30 requests for admissions by each party to any other party. Responses due 30 days after service.

Maximum of 6 depositions by plaintiff and 6 by each defendant.
Each deposition limited to a maximum of 7 hours unless extended by agreement of parties.

Reports from retained experts under Rule 26(a)(2) due:

    from the plaintiffs on or before **Friday, November 30, 2007**
    from the defendant(s) on or before **Friday**, **December 28, 2007**

Supplementation under Rule 26(e) due on or before **Friday, January 11**, **2008**.

**5.     Other Items.**

The parties do not request a conference with the Court before entry of the Scheduling Order.

The parties request a Pretrial conference on **June 2, 2008**.

The Plaintiffs shall be allowed until **December 29, 2007** to join additional parties or to amend the pleadings.

All potentially dispositive motions should be filed by **March 3, 2008**.

Settlement cannot fully be evaluated prior to the completion of all discovery, although the parties, through counsel, shall explore the potential for settlement.

Final lists of witnesses and exhibits under Rule 26(a)(3) should be due:

from Plaintiff 30 days prior to trial.
From Defendants 30 days before trial

The Parties should have 10 days after service of final witness/exhibit lists to object under Rule 26(a)(3).

The case should be ready for trial by any time after **July 14, 2008**, and at this time it is expected to take approximately 2-3 trial days.


Date:  September 4, 2007


Respectfully Submitted,

s/ David W. Rousseau
Attorney for the Plaintiffs
211 West Adams Street
Dothan, AL 36303
(334) 699-9000      phone
(334) 699-8797      Fax
rousseaulaw@graceba.net

s/ Leon A. Boyd, V
Leon A. Boyd, V
P.O. Box 2047
Dothan, AL 36302
(334) 677-1000     phone
(334) 699-3500     fax
Bo@cobbfirm.com


s/ Benjamin M. Bowden
Benjamin M. Bowden
P.O. Box 880
Andalusia, AL 36420-0880
(334) 222-3177     phone
(334) 222-2696     fax
bbowden@albrittons.com