IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and MICHELLE McMURPHY, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case #:1:07cv590-MHT |
| JOHNNY HENDERSON, individually and ) as managing member of WILLIAMS- ) BURG I OF ENTERPRISE, L.L.C., ) WILLIAMSBURG I OF ENTERPRISE, L.L.C., ) JOHN ROBERT CHANCEY individually ) and as managing member of ENTERPRISE ) SURVEYING, L.L.C., ENTERPRISE ) SURVEYING, L.L.C., and RON REEVES ) d.b.a. JOHNSON & REEVES ENGINEER- ) ING, ) ) | Jury Trial Demanded |
| Defendants. ) | |

**CONFLICT DISCLOSURE STATEMENT**

    COME NOW MICHAEL McMURPHY and MICHELLE McMURPHY, the Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■    These parties are individuals, or
☐    This party is a governmental entity, or
☐    There are no entities to be reported, or
☐    The following entities and their relationship to the party are hereby reported:

    /s/ David W. Rousseau
    DAVID W. ROUSSEAU (ROU007)
    Counsel for Plaintiffs
    211 West Adams Street
    Dothan, Alabama 36303
    (334)699-9000
    (334)699-8797
    roussealaw@graceba.net

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have on this 814th day of September 2007, I electronically filed the foregoing with the Clerk of Court to the following:

Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

Williamsburg I of Enterprise, L.L.C.
c/o Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

Ben Bowden
P.O. Box 880
Andalusia, AL 36420-0880

Leon A. Boyd, V
P.O. Box 2047
Dothan, AL 36302

                                            /s/ David W. Rousseau