### IN THE UNITED STATES DISTRICT COURT FOR THE
### MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL McMURPHY and MICHELLE McMURPHY,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **Case #:1:07cv590-MHT** |
| ) | |
| **JOHNNY HENDERSON, et al.** ) | |
| ) | |
| **Defendants.** ) | |

## MOTION AND NOTICE

Plaintiffs, by through their attorney, move the court for an order appointing Sheriff Sutton, or one of his deputies all of whom are residents of Coffee County, State of Alabama, who are local law enforcement officials, and are  competent persons over 21 years old, to serve process in the above-entitled action on the defendant.

This motion is made on the ground that the Plaintiffs have attempted service by mail at the address listed on the Alabama Secretary of State's web site and the address listed on the recorded plat of the real estate the Defendants sold.  Appointment of a special process server would result in substantial savings in travel fees.  In addition; the Defendant spends much time away from the city where he resides and it is necessary that a local person there be available at all times for immediate service on the defendant.

Dated this the 14th  day of September, 2007.

   s/ David W. Rousseau
DAVID W. ROUSSEAU (ROU007)
211 W. Adams Street
Dothan, Alabama  36303
(334) 699-9000
Attorney for Plaintiffs

## Certificate of Service

I certify that I have mailed or electronically served a copy of the foregoing to the following:

Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

Williamsburg I of Enterprise, L.L.C.
c/o Johnny Henderson
P.O. Box 311386
Enterprise, AL 36330

Ben Bowden
P.O. Box 880
Andalusia, AL 36420-0880

Leon A. Boyd, V
P.O. Box 2047
Dothan, AL 36302

                              s/ David W. Rousseau