IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMURPHY and<br>MICHELLE MCMURPHY, | * * * | |
| Plaintiffs, | * | |
| vs. | * | 1:07CV590-MNT |
| | * | |
| RON REEVES d/b/a JOHNSON &<br>REEVES ENGINEERING, et al., | * * * | |
| Defendants. | * | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Ron Reeves, a Defendant in the above- captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees, affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

    x    This party is an individual, or

    ☐    This party is a governmental entity, or

    ☐    There are no entities to be reported, or

    ☐    The following entities and their relationship to the party are hereby reported:

                              ATTORNEYS FOR DEFENDANT,
                              RON REEVES

                              /s/ Leon A. Boyd, V
                              LEON A. BOYD, V (BOY035)
                              HERMAN COBB (COB004)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
206 N. Lena Street
Post Office Box 2047
Dothan, Alabama 36302-2047
(334) 677-1000  (334) 699-3500 (fax)

CERTIFICATE OF SERVICE

      I hereby certify that I have this day forwarded a copy of the foregoing document to the following by placing a copy of same in the United State Mail, or by electronic means on this the 17th day of September, 2007.

David Rousseau, Esq.
211 W. Adams Street
Dothan, Alabama 36303

Benjamin Bowden, Esq.
PO Box 880
Andalusia, AL 36420-0880

                                      /s/ Leon A. Boyd, V
                                      OF COUNSEL