IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL McMURPHY and        )
MICHELLE McMURPHY,          )
                            )
    Plaintiffs,             )
                            )    CIVIL ACTION NO.
    v.                      )    1:07cv590-MHT
                            )
JOHNNY HENDERSON, etc.,     )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

Pursuant to Federal Rule of Civil Procedure 4(c)(2), it is ORDERED as follows:

(1) Plaintiffs' motion to appoint process server (Doc. No. 20) is granted.

(2) The Sheriff of Coffee County, Alabama and his deputies are appointed to effect service of process in this case.

DONE, this the 26th day of September, 2007.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**