IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL MCMURPHY and MICHELLE MCMURPHY, | ) ) ) | |
| PLAINTIFFS, | ) ) ) | |
| VS. | ) ) | Case No.: 1:07-cv-590-MHT |
| JOHNNY HENDERSON, et al., | ) ) ) | |
| DEFENDANTS. | ) | |

RECEIVED
2008 MAR -4  A 9: 59
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF FILING IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

Come now Defendants Enterprise Surveying, LLC, and John Robert Chancy and hereby file the attached document in support of their Motion for Summary Judgment.

1. On February 29, 2008, these Defendants filed a Motion for Summary Judgment asking the Court to grant them a judgment as a matter of law. (Document #24).

2. One of the records cited in support of Defendants' Motion for Summary Judgment was a subdivision plat. The plat is too large to scan and requires conventional filing.

Respectfully submitted,

*/s/ Benjamin M. Bowden*

Benjamin M. Bowden
Attorney for Defendants, John Robert Chancey and
Enterprise Surveying, LLC
Albrittons, Clifton, Alverson,
Moody & Bowden, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420
Telephone : (334)-222-3177
Fax:  (334)-222-2696
BOW035
E-mail: bbowden@albrittons.com

## CERTIFICATE OF SERVICE

       I hereby certify that I have this date served a copy of the foregoing upon all counsel of record in this cause by placing a copy of same in the United States mail, postage prepaid, addressed as follows on this the 3rd day of March, 2008:

Mr. David W. Rousseau
211 W. Adams Street
Dothan, Alabama 36303

Mr. Leon Augustus Boyd
Mr. Herman Warren Cobb
Cobb Derrick Boyd & White
Post Office Box 2047
Dothan, Alabama 36302-2047

                                                               Of Counsel