IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL MCMURPHY and <br> MICHELLE MCMURPHY, <br> <br>     PLAINTIFFS, <br> <br> VS. <br> <br> JOHNNY HENDERSON, et al., <br> <br>     DEFENDANTS. | ) <br> ) <br> ) <br> ) <br> ) <br> )     Case No.: 1:07-cv-590-MHT <br> ) <br> ) <br> ) <br> ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

Comes now the parties, and hereby jointly file this "Notice Concerning Settlement Conference and Mediation."

    1. Counsel for all parties conducted a settlement conference on March 21, 2008.[1]

    2. The parties engaged in good faith settlement negotiations. Unfortunately, this case has not settled. An offer and counter-offer have been extended among certain parties to the suit. Those negotiations are continuing.

    3. The parties do not believe mediation will assist them in resolving this case at this time. Mediation may be considered and requested at a later date.

                                               Respectfully submitted,

                                             s/ Benjamin M. Bowden
                                             Benjamin M. Bowden
                                             Attorney for Defendant, John Robert Chancey
                                             Albrittons, Clifton, Alverson,
                                             Moody & Bowden, P.C.
                                             Post Office Drawer 880
                                             Andalusia, Alabama 36420
                                             Telephone : (334)-222-3177
                                             Fax:  (334)-222-2696
                                             BOW035
                                             E-mail: bbowden@albrittons.com

---

    [1]Defendant Henderson has not been served with the Complaint in this matter. As such, neither he nor his counsel participated in the settlement conference.

        s/David W. Rousseau
David W. Rousseau
Attorney for Plaintiffs Michael McMurphy
and Michelle McMurphy
211 W. Adams Street
Dothan, Alabama 36303
334-699-9000


        s/Leon A. Boyd
Leon A. Boyd
Attorney for Ron Reeves
d/b/a Johnson & Reeves Engineering
Cobb, Derrick, Boyd & White
Post Office Box 6346
Dothan, Alabama 36302
334-677-1000