IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and MICHELLE McMURPHY, ) ) ) Plaintiffs, ) ) vs. ) ) JOHNNY HENDERSON, individually and ) as managing member of WILLIAMS- ) BURG I OF ENTERPRISE, L.L.C., ) WILLIAMSBURG I OF ENTERPRISE, L.L.C., ) JOHN ROBERT CHANCEY individually ) and as managing member of ENTERPRISE ) SURVEYING, L.L.C., ENTERPRISE ) SURVEYING, L.L.C., and RON REEVES ) d.b.a. JOHNSON & REEVES ENGINEER- ) ING, ) ) Defendants. ) | Case #:1:07cv590-MHT<br><br>Jury Trial Demanded |

**Motion to Withdraw
Motion for Extension of Time to
Allow Plaintiffs to Find New Counsel to Respond to
Pending Summary Judgment Motion**

  Comes now David W. Rousseau and moves this Honorable Court for Permission to Withdraw.  In support of this motion counsel would make known to the Court that the Plaintiffs have terminated his employment.

  The undersigned would also request that the Plaintiffs be granted additional time to respond to Defendant Chancey's Pending Motion for Summary Judgment, which was due to be submitted without oral argument on April 4, 2008.

Dated this the 24th day of March, 2008.

             _s/ David W. Rousseau_____
             DAVID W. ROUSSEAU (ROU007)
             211 W. Adams Street
             Dothan, Alabama  36303
             (334) 699-9000

## **CERTIFICATE OF SERVICE**

      I do hereby certify that I have this date either e-mailed or mailed a copy of the foregoing to:

Benjamin M. Bowden
Post Office Drawer 880
Andalusia, Alabama 36420

Cobb, Derrick, Boyd & White
ATTN: Bo Boyd
P.O. Box 2047
Dothan, AL 36302

Johnny Henderson
121 S. Main St.
Enterprise, AL 36330

                                                   s/ David W. Rousseau