IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
MICHAEL McMURPHY and        )
MICHELLE McMURPHY,          )
                            )
    Plaintiffs,             )
                            )      CIVIL ACTION NO.
    v.                      )        1:07cv590-MHT
                            )
JOHNNY HENDERSON, etc.,     )
et al.,                     )
                            )
    Defendants.             )
```

ORDER

For good cause shown, it is ORDERED that, pursuant to 28 U.S.C.A. § 636, this case is referred to the United States Magistrate Judge for consideration and disposition or recommendation on all pretrial matters as may be appropriate.

DONE, this the 30th day of April, 2008.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE