IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL McMURPHY and     *
MICHELLE MCMURPHY,     *
    *
     Plaintiffs,     *
vs.     *     1:07CV590-MNT
    *
RON REEVES d/b/a JOHNSON &     *
REEVES ENGINEERING, et al.,     *
    *
     Defendants.     *

MOTION TO CONTINUE

COMES NOW, Ron Reeves d/b/a Johnson & Reeves Engineering (hereinafter referred to as "Defendant"), and respectfully requests this Honorable Court to continue the trial of the above-styled cause, currently scheduled for the July 21, 2008, term of court. The grounds for this motion are more fully set out below:

1.     Service of process of the primary party Defendant, Johnny Henderson has not been perfected. Upon information and belief, Defendant Johnny Henderson is the owner and original developer of the subdivision where the real property that is made the basis of the Plaintiffs' Complaint is located.

2.     Due to the failure of service of Defendant Henderson, the parties have been unable to complete the necessary discovery in this case relevant to Henderson's involvement in the platting of the subject development.

3.     According to what may or may not be revealed through written discovery, the Defendant may wish to take deposition of Defendant Henderson and/or

other revealed parties which will be unable to be completed by the current

trial date.

4.      This motion is not filed to hinder or delay these proceedings.

5.      This is the first continuance that has been requested in this matter.

WHEREFORE, Defendant respectfully requests this Honorable Court to continue

the trial, currently scheduled for the week of July 21, 2008, until such time as this

Honorable Court deems appropriate.

                                        ATTORNEYS FOR DEFENDANT,
                                        RON REEVES:

                                        /s/ Leon A. Boyd, V
                                        LEON A. BOYD, V (BOY035)
                                        HERMAN COBB (COB004)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
206 N. Lena Street
Post Office Box 2047
Dothan, Alabama 36302-2047
(334) 677-1000  (334) 699-3500 (fax)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day forwarded a copy of the foregoing document
to the following by placing a copy of same in the United State Mail, or by electronic
means on this the 14th day of May, 2008.

Mr. & Mrs. Michael McMurphy
32 Johnson Street
Ft. Rucker, AL 36362

Benjamin M. Bowden, Esq.
PO Drawer 880
Andalusia, AL 36420

Johnny Henderson, pro se
121 S. Main Street
Enterprise, AL 36330

                                        /s/ Leon A. Boyd, V
                                        OF COUNSEL