IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

MICHAEL McMURPHY and      )
MICHELLE McMURPHY,         )
                          )
    Plaintiffs,           )
                          )     CIVIL ACTION NO.
    v.                    )      1:07cv590-MHT
                          )
JOHNNY HENDERSON, etc.,    )
et al.,                    )
                          )
    Defendants.           )

## ORDER

It is ORDERED that defendant Ron Reeves's motion to continue (doc. no. 32) is denied without prejudice. Defendant Reeves has not shown that defendant Johnny Henderson can even be found and that, if he can be, his testimony is necessary.

DONE, this the 19th day of May, 2008.

       /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE