IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and        ) | |
| MICHELLE McMURPHY,          ) | |
|                             ) | |
|     Plaintiffs,             ) | |
|                             ) | CIVIL ACTION NO. |
|     v.                      ) | 1:07cv590-MHT |
|                             ) | (WO) |
| JOHN ROBERT CHANCEY,        ) | |
| individually and as         ) | |
| managing member of          ) | |
| Enterprise Surveying,       ) | |
| L.L.C. and ENTERPRISE       ) | |
| SURVEYING, L.L.C.,          ) | |
|                             ) | |
|     Defendants.             ) | |

OPINION

Plaintiffs Michael McMurphy and Michelle McMurphy filed this lawsuit, based on diversity jurisdiction, see 28 U.S.C. § 1332, asserting state-law claims of rescission of contract, breach of contract, fraud, and negligence in the purchase of real property. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants John Robert Chancey and Enterprise Surveying, LLC's motion for

summary judgment should be granted. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of May, 2008.


                                  /s/ Myron H. Thompson
                               UNITED STATES DISTRICT JUDGE