IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMURPHY and <br> MICHELLE McMURPHY, <br><br>     Plaintiffs, <br><br>     v. <br><br> JOHN ROBERT CHANCEY, <br> individually and as <br> managing member of <br> Enterprise Surveying, <br> L.L.C. and ENTERPRISE <br> SURVEYING, L.L.C., <br><br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br><br><br> CIVIL ACTION NO. <br> 1:07cv590-MHT <br>     (WO) |

**JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. No. 33) is adopted.

(2) Defendants John Robert Chancey and Enterprise Surveying, LLC's motion for summary judgment (Doc. No. 24) is granted.

(3) Judgment is entered in favor of defendants Chancey and Enterprise Surveying, LLC, and against plaintiffs Michael McMurphy and Michelle McMurphy, with the McMurphy plaintiffs taking nothing by their complaint.

It is further ORDERED that costs are taxed against the McMurphy plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 30th day of May, 2008.

                                     /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**