IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and MICHELLE McMURPHY, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | Case #:1:07cv590-MHT |
| JOHNNY HENDERSON, individually and ) as managing member of WILLIAMS- ) BURG I OF ENTERPRISE, L.L.C., ) WILLIAMSBURG I OF ENTERPRISE, L.L.C., ) and RON REEVES d.b.a. JOHNSON & ) REEVES ENGINEERING, ) ) | |
| Defendants. ) | Jury Trial Demanded |

## ENTRY OF APPEARANCE

**COMES NOW** the undersigned attorney and enters his appearance on behalf of the Plaintiffs in the above-styled case.

Dated this the 2nd day of June, 2008.

        _s/ David W. Rousseau_____
DAVID W. ROUSSEAU (ROU007)
211 W. Adams Street
Dothan, Alabama  36303
(334) 699-9000

## CERTIFICATE OF SERVICE

I do hereby certify that I have this date either e-mailed or mailed a copy of the foregoing to:

Bo Boyd
P.O. Box 2047
Dothan, AL 36302

Johnny Henderson
121 S. Main St.
Enterprise, AL 36330                                s/ David W. Rousseau