IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and<br>MICHELLE McMURPHY,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>JOHNNY HENDERSON, etc.,<br>et al.,<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION NO.<br>)　　1:07cv590-MHT<br>)<br>)<br>)<br>)<br>) |

ORDER

In light of the appearance of an attorney for plaintiffs (doc. no. 37) it is ORDERED that the order referring this case to a magistrate judge (doc. no. 30) is vacated.

DONE, this the 3rd day of June, 2008.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE