IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMURPHY and MICHELLE MCMURPHY, | * * * | |
| Plaintiffs, | * | |
| vs. | * | 1:07CV590-MNT |
| | * | |
| RON REEVES d/b/a JOHNSON & REEVES ENGINEERING, et al., | * * * | |
| Defendants. | * | |

## DEFENDANT'S WITNESS LIST

COMES NOW, Defendants, Ron Reeves d/b/a Johnson & Reeves Engineering, in the above-styled cause and submits the following list of persons they may call as possible witnesses in the trial of this matter:

1.  Michael McMurphy
    32 Johnson Street
    Fort Rucker, AL 36362

2.  Michelle McMurphy
    32 Johnson Street
    Fort Rucker, AL 36362

3.  Johnny Henderson
    121 S. Main Street
    Enterprise, AL 36330

4.  Any and/or all agents, employees, representatives, staff, etc. of Williamsburg I of Enterprise, LLC.

5.  Ron Reeves
    121 Ardis Place
    Dothan, Alabama 36301

6.  Any and/or all agents, employees, representatives, staff, etc. of Johnson & Reeves Engineering.

7.  Robert Chancey

        210 E Grubbs Ave.
        Enterprise, AL 36330
        334-347-5184

8. Any and/or all agents, employees, representatives, staff, etc. of Enterprise Surveying, LLC.

9. Rainer Cotter
   203 E Lee Street
   Enterprise, AL 36331
   334-347-2626

10. Gina Todia
    Wetland Resources
    Environmental Consulting
    19940 State Highway 181
    Fairhope, AL 36532
    251-928-6157

11. Chad Meeks
    Community Bank & Trust
    Enterprise, AL 36331
    334-347-0081

12. Any and/or all agents, employees, representatives, staff, etc. of Community Bank & Trust, Enterprise, Alabama.

13. Norman Williamson
    932 Hardy Road
    Dothan, AL 36031
    334-677-8010

13. Any and/or all agents, employees, representatives, staff, etc. of Williamson Land Development, Dothan, Alabama.

14. Any record custodians or personnel that may be necessary to authenticate records pertaining to the defenses relevant to this action.

15. Impeachment or rebuttal witnesses based on testimony at trial.

16. Any and/or all other witnesses listed by, or who may be called by, Plaintiffs.

17. Any witnesses whose name is revealed through subsequent discovery.

18. Defendant reserves the right to amend this Witness List.

        ATTORNEYS FOR DEFENDANT,
        RON REEVES

        /s/ Leon A. Boyd, V
        LEON A. BOYD, V (BOY035)
        HERMAN COBB (COB004)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
206 N. Lena Street
Post Office Box 2047
Dothan, Alabama 36302-2047
(334) 677-1000  (334) 699-3500 (fax)

## CERTIFICATE OF SERVICE

      I hereby certify that I have this day forwarded a copy of the foregoing document to the following by placing a copy of same in the United State Mail, or by electronic means on this the 11th day of June, 2008.

David Rousseau, Esq.
211 W. Adams Street
Dothan, Alabama 36303

Johnny Henderson, pro se
121 S. Main Street
Enterprise, AL 36330

        /s/ Leon A. Boyd, V
        OF COUNSEL