IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMURPHY and<br>MICHELLE MCMURPHY, | *<br>*<br>* | |
| Plaintiffs, | * | |
| vs. | * | 1:07CV590-MNT |
| | * | |
| RON REEVES d/b/a JOHNSON &<br>REEVES ENGINEERING, et al., | *<br>*<br>* | |
| Defendants. | * | |

## DEFENDANT'S EXHIBIT LIST

COMES NOW, Defendant Ron Reeves d/b/a Johnson & Reeves Engineering, in the above-styled cause and submit this Exhibit List.

The Defendant expects to offer the following exhibits as evidence at trial.

1. Final Plat of Williamsburg Place Phase I, as recorded in Plat Book 3, Page 318 within the office of Probate Judge, Coffee County, Alabama;

2. Deed conveying title to the parcels of real property made the basis of the Plaintiffs' Complaint;

3. Final Title Opinion dated November 16, 2006 from Rainer Cotter;

4. Settlement Statement relevant to transaction made the basis of the Plaintiffs' Complaint;

5. Document entitled "Notice to Lot Purchasers of Williamsburg Place" signed by Michelle McMurphy and dated November 16, 2006;

6. Purchase Agreements dated October 5, 2006;

7. Declaration of Protective Covenants for Williamsburg Place, duly recorded in Office of Probate Judge, Coffee County, Alabama;

8. Entire file in the possession of Rainer Cotter, Esq., the closing agent for Community bank and Trust and relevant to the transaction made the basis of the Plaintiffs' Complaint;

9. Written estimate to remove drainage easement prepared by Williamson Land Development;

10. Other documents and tangible things as may be discovered or become necessary.

11. Other documents and tangible things as may become necessary for impeachment purposes.

12. Defendant reserves the right to use exhibits as may be identified by the Plaintiffs.

13. Defendant reserves the right to enlarge any exhibit.

14. Defendant reserves the right to amend this list upon reasonable notice before trial.

ATTORNEYS FOR DEFENDANT,
RON REEVES

/s/ Leon A. Boyd, V
LEON A. BOYD, V (BOY035)
HERMAN COBB (COB004)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
206 N. Lena Street
Post Office Box 2047
Dothan, Alabama 36302-2047
(334) 677-1000  (334) 699-3500 (fax)

CERTIFICATE OF SERVICE

I hereby certify that I have this day forwarded a copy of the foregoing document to the following by placing a copy of same in the United State Mail, or by electronic means on this the 11th day of June, 2008.

David Rousseau, Esq.
211 W. Adams Street
Dothan, Alabama 36303

Johnny Henderson, pro se
121 S. Main Street
Enterprise, AL 36330

/s/ Leon A. Boyd, V
OF COUNSEL