AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 06-26-08 |
| NAME OF SERVER (PRINT) Robert L. Sorrells | TITLE Process Server |

RECEIVED
2008 JUN 30 A 10: 44
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: #1 Williamsburg P Enterprise AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES research, locate & serve defendant | TOTAL $288.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-26-08
              Date

Signature of Server: Robert L. Sorrell

Address of Server: 16817 W US 84 Newton, Al 36352

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Michael and Michelle McMurphy
Plaintiff
V.

*Alias*

**SUMMONS IN A CIVIL CASE**

Johnny Henderson et al
Defendant

CASE NUMBER:  1:07cv590-MHT

TO: (Name and address of Defendant)

Williamsburg I of Enterprise, LLC
121 S. Main Street
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL 36303

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                          8-6-07
CLERK                                                        DATE

(By) DEPUTY CLERK