IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMURPHY and MICHELLE McMURPHY | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | Case #:1:07 cv 590-MHT |
| JOHNNY HENDERSON, individually and as managing member of WILLIAMSBURG I OF ENTERPRISE, L.L.C., JOHN ROBERT CHANCE individually and as managing member of ENTERPRISE SURVEYING, L.L.C., and RON REEVES d.b.a. JOHNSON & REEVES ENGINEER-IN, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | Jury Trial Demanded |

## APPEARANCE AS COUNSEL OF RECORD

COMES NOW Joe C. Cassady Sr. of the firm of Cassady & Cassady, LLP and enters his appearance as counsel of record for the defendants Johnny Henderson, individually and as managing member of Williamsburg I of Enterprise, LLC.

        CASSADY & CASSADY, LLP


        BY: /s/ Joe C.Cassady Sr.
        Joe C. Cassady Sr. (CAS011)
        Attorneys for Defendant
        joecsr@entercomp.com

Post Office Box 311730
Enterprise, Alabama 36331
(334) 393-0351

**CERTIFICATE OF SERVICE**

I hereby certify that on **July 1, 2008**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: **David W. Rousseau and Leon A. Boyd V**; and I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and property addressed to the following non-CM/ECF participants: **NONE.**

/s/ Joe C. Cassady Sr.
OF COUNSEL