IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMURPHY and | * | |
| MICHELLE MCMURPHY, | * | |
| | * | |
| Plaintiffs, | * | |
| vs. | * | 1:07CV590-MNT |
| | * | |
| RON REEVES d/b/a JOHNSON & | * | |
| REEVES ENGINEERING, et al., | * | |
| | * | |
| Defendants. | * | |

## JOINT MOTION TO CONTINUE

COMES NOW Defendants, Ron Reeves d/b/a Johnson & Reeves Engineering, Johnny Henderson and Williamsburg I of Enterprise, LLC and Plaintiffs, Michael and Michelle McMurphy, and respectfully request this Honorable Court to continue the trial of the above-styled cause, currently scheduled for the July 21, 2008, term of court. The grounds for this motion are more fully set out below:

1. Service of process of the Defendants, Johnny Henderson and Williamsburg I of Enterprise, LLC was only recently perfected on or about June 26, 2008. (See Return of Service attached hereto as Exhibit "A.")

2. Answers of Defendants Henderson and Williamsburg I are due on or before July 16, 2008 – only five days prior to the scheduled trial in this case.

3. Due to the delayed service of Defendants Henderson and Williamsburg I, the parties have been unable to complete the necessary discovery in this case relevant to Henderson's involvement in the transaction that forms the basis of the Plaintiffs' claims.

4. Written discovery, in addition to depositions directed to Defendant Henderson and Williamsburg I are necessary to adequately prepare this case for trial. Furthermore, without this discovery, Plaintiffs would be significantly prejudiced in the prosecution of their claims against these Defendants. Defendant Reeves is also in need of this discovery to adequately defend the claims asserted by the Plaintiffs. This Court's discovery deadline has well expired and thus discovery cannot be completed by the current trial date.

5. Defendants Henderson and Williamsburg I also require additional time to engage in discovery necessary to adequately prepare for trial. Without additional time to prepare and engage in discovery, Defendants Henderson and Williamsburg I would be significantly prejudiced in their defense of the claims asserted by the Plaintiffs.

6. Should the Court grant the parties' motion for continuance, the parties respectfully request that this Court enter a new and/or revised Rule 26 Scheduling Order.

7. This motion is not filed to hinder or delay these proceedings.

WHEREFORE, the undersigned respectfully request this Honorable Court to continue the trial, currently scheduled for the week of July 21, 2008, until such time as this Honorable Court deems appropriate and issue revised or amended Rule 26 scheduling order.

Respectfully submitted this the 2nd day of July, 2008.

ATTORNEY FOR PLAINTIFFS:

/s/ David W. Rousseau
DAVID W. ROUSSEAU (ROU007)

OF COUNSEL:
DAVID W. ROUSSEAU
211 W. Adams Street
Dothan, Alabama 36303
(334) 699-9000

ATTORNEYS FOR DEFENDANTS
JOHNNY HENDERSON and
WILLIAMSBURG I:

/s/ Joe C. Cassady, Sr.
JOE C. CASSADY, SR.

OF COUNSEL:
CASSADY & CASSADY
P.O. Box 311370
Enterprise, Alabama 36331
(334) 393-0351

ATTORNEYS FOR DEFENDANT,
RON REEVES:

/s/ Leon A. Boyd, V
LEON A. BOYD, V (BOY035)
HERMAN COBB (COB004)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
206 N. Lena Street
Post Office Box 2047
Dothan, Alabama 36302-2047
(334) 677-1000  (334) 699-3500 (fax)

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

____Middle____ District of ____Alabama____

Michael and Michelle McMurphy
Plaintiff
V.

*Alias*

**SUMMONS IN A CIVIL CASE**

Johnny Henderson et al
Defendant

CASE NUMBER: 1:07cv590-MHT

TO: (Name and address of Defendant)

Williamsburg I of Enterprise, LLC
121 S. Main Street
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

The Law Offices of David W. Rousseau
211 W. Adams Street
Dothan, AL 36303

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                  8-6-07
CLERK                                               DATE
(By) DEPUTY CLERK

EXHIBIT A

%AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 06-26-08 |
| NAME OF SERVER (PRINT) Robert L. Sorrells | TITLE Process Server |

RECEIVED
2008 JUN 30 A 10: 44
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: #1 Williamsburg P. Enterprise AL.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES research, locate & serve defendant | TOTAL $288.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06-26-08
           Date

_Robert L. Sorrell_
Signature of Server

16817 W US 84 Newton, AL 36352
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.