IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and ) | |
| MICHELLE McMURPHY, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 1:07cv590-MHT |
| ) | |
| JOHNNY HENDERSON, etc., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

It is ORDERED that the joint motion to continue (Doc. No. 45) is granted and that a revised uniform scheduling order will be entered.

DONE, this the 7th day of July, 2008.

　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　UNITED STATES DISTRICT JUDGE