IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF
ALABAMA, SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL McMURPHY and MICHELLE McMURPHY,<br><br>Plaintiffs,<br><br>vs.<br><br>JOHNNY HENDERSON, individually and as managing member of WILLIAMSBURG I OF ENTERPRISE, L.L.C., JOHN ROBERT CHANCE individually and as managing member of ENTERPRISE SURVEYING, L.L.C., and RON REEVES d.b.a. JOHNSON & REEVES ENGINEERING,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case #:1:07 cv 590-MHT<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ANSWER

COMES NOW Johnny Henderson, individually and as managing member of Williamsburg I of Enterprise, LLC., and Williamsburg I of Enterprise, LLC and for Answer to the first amended Complaint heretofore filed says as follows:

AS TO
JURISDICTION

1- Admitted

2- Admitted

3- Admitted

4- Admitted

5- Admitted

6- Admitted

7- Admitted

8- Admitted

## AS TO
## COUNT ONE
## RECESSION OF CONTRACT

9- The defendants reallege their responses to paragraphs 1-8.

10- Admitted

11- Admitted as to providing Plaintiffs with a plat, denied as to their reliance on the plat.

12- Admitted as to the purchase price of the lots. Denied that the plat did not accurately depict the wetlands.

13- It is admitted that the placement of the drainage easement was not correctly depicted on the plat. It is denied that the drainage easement crossed parts of the lots which Plaintiffs purchased.

14- Denied

15- Denied

## AS TO
## COUNT TWO
## BREACH OF CONTRACT

16- Defendants reallege their responses to paragraphs 1-15.

17- Denied

18- Denied

## AS TO
## COUNT THREE
## FRAUD

19- Defendants reallege their responses to paragraphs 1- 18.

20- Denied

21- Denied

22- Denied

23- Denied

24- Denied

AS TO<br>COUNT FOUR<br>NEGLIGENCE

25- Defendants reallege their responses to paragraphs 1- 24.

26- No response required of these defendants.

27- No response required of these defendants.

28- No response required of these defendants.

            CASSADY & CASSADY, LLP


           BY: _s/ Joe C Cassady Sr___
             Joe C. Cassady Sr (CAS011)
            Attorneys for above named Defendants

Post Office Box 311730
Enterprise, Alabama 36331
(334) 393-0351

## CERTIFICATE OF SERVICE

I hereby certify that on **July 9, 2008**, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:**David W. Rousseau and Leon A Boyd, V**; and I further certify that I have served the following by placing a copy thereof in the United States Mail, postage prepaid and property addressed to the following non-CM/ECF participants: **NONE**

           s/ Joe C. Cassady Sr.
           OF COUNSEL