IN THE UNITED STATE DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL McMURPHY and<br>MICHELLE MCMURPHY, | * * * | |
| Plaintiffs, | * | |
| vs. | * | 1:07CV590-MNT |
| | * | |
| RON REEVES d/b/a JOHNSON &<br>REEVES ENGINEERING, et al., | * * * | |
| Defendants. | * | |

## JOINT MOTION TO ORDER MEDIATION

COMES NOW Defendants, Ron Reeves d/b/a Johnson & Reeves Engineering, Johnny Henderson and Williamsburg I of Enterprise, LLC and Plaintiffs, Michael and Michelle McMurphy, and respectfully request this Honorable Court to Order the above-named parties to mediation and appoint a suitable mediator. The grounds for this motion are more fully set out below:

1. To date, the parties have engaged in settlement discussions, but have been unsuccessful in reaching a resolution to the case.

2. The parties believe that a mediation conference before a suitable mediator would assist the parties in resolving the case.

WHEREFORE, the undersigned respectfully request this Honorable Court to appoint a mediator and schedule a mediation conference on a date suitable to the Court.

Respectfully submitted this the 20th day of August, 2008.

ATTORNEY FOR PLAINTIFFS:

/s/ David W. Rousseau
DAVID W. ROUSSEAU (ROU007)

OF COUNSEL:
DAVID W. ROUSSEAU
211 W. Adams Street
Dothan, Alabama 36303
(334) 699-9000

ATTORNEYS FOR DEFENDANTS
JOHNNY HENDERSON and
WILLIAMSBURG I:

/s/ Joe C. Cassady, Sr.
JOE C. CASSADY, SR.

OF COUNSEL:
CASSADY & CASSADY
P.O. Box 311370
Enterprise, Alabama 36331
(334) 393-0351

ATTORNEYS FOR DEFENDANT,
RON REEVES:

/s/ Leon A. Boyd, V
LEON A. BOYD, V (BOY035)
HERMAN COBB (COB004)

OF COUNSEL:
COBB, DERRICK, BOYD & WHITE
206 N. Lena Street
Post Office Box 2047
Dothan, Alabama 36302-2047
(334) 677-1000  (334) 699-3500 (fax)