IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL McMURPHY,** *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CASE NO. 1:07-CV-590-MHT |
| | ) |
| **JOHNNY HENDERSON,** *et al.,* | ) |
| | ) |
| Defendants. | ) |

### ORDER ON MOTION

Pending before the Court is a *Joint Motion to Order Mediation* (Doc. 49, filed Aug. 20, 2008). For good cause shown, it is hereby ORDERED that the motion is GRANTED. An order setting a schedule for submission of mediation briefs will follow after consultation with the parties.

Done this 21st day of August, 2008.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE